IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GARY C. and GALE B. WARREN, :
   and :
TOLL BROS., INC., :
           Plaintiffs, :  Civil Action No. 07-725
:
   v. :
:
NEW CASTLE COUNTY :
           Defendant. :

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Marc B. Kaplin, Esquire, Barbara Anisko, Esquire and David L. Black, Esquire to represent Plaintiffs, Gary C. and Gale B. Warren and Toll Brothers, Inc., in this matter.

_____
Jeffrey M. Weiner, Esquire (DE # 403)
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT JUDGE

Date:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Marc B. Kaplin, Esquire
Kaplin Stewart
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

Barbara Anisko, Esquire
Kaplin Stewart
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

David L. Black, Esquire
Kaplin Stewart
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

Dated: November 14, 2007

DLB/2699/110/1128993_1                                                                 11/14/2007 08:24 AM