AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of       Delaware

GARY C. and GALE B. WARREN
     and
TOLL BROS., INC.,

               Plaintiffs,

        V.

NEW CASTLE COUNTY,

             Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 7 - 7 2 5

TO: (Name and address of Defendant)
     NEW CASTLE COUNTY
     Attention:  Christopher Coons, County Executive
     87 Read's Way
     New Castle, Delaware  19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     JEFFREY M. WEINER, ESQUIRE #403
     1332 King Street
     Wilmington, Delaware  19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

NOV 1 3 2007

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>11/15/07 |
| NAME OF SERVER (PPJNT)<br>KEVIN S. DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED:  NEW CASTLE COUNTY AT 87 READ'S WAY  NEW CASTLE, DE  COPIES THEREOF WERE ACCEPTED BY CAROL DULIN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/15/07
_____
Date

_____
*Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.