# THE LAW OFFICES OF JEFFREY M. WEINER
A PROFESSIONAL ASSOCIATION

January 26, 2008



Clerk of the Court
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: **Warren/Toll Brothers v. New Castle County**
C.A. No. 07-725-LPS

Dear Clerk of the Court:

I am Delaware counsel for Plaintiffs Warren and Toll Brothers in this case.

On January 18, 2008, we filed Plaintiffs' First Amended Complaint. Attached thereto were two color-coded exhibits:

1. Exhibit C (color map entitled "Southern New Castle County Development Activity" and showing the proposed sewer line along the Port Penn Road); and

2. Exhibit H (color map entitled "New Castle County Southern Sewer Service Area" dated June 14, 2007 showing the Central Core Conveyance System).

It is my understanding that the electronic transmission of these documents did not allow for the color coding to be reflected on the exhibit.

Therefore, I am enclosing color copies of Exhibits C and H and requesting that they be reflected in the Court's docket. I am also providing color exhibits to counsel for Defendant New Castle County.

Respectfully submitted,

Jeffrey M. Weiner

JMW/sls
Enclosures

cc: Marc Kaplin, Esquire
    Barbara Anisko, Esquire
    Max Walton, Esquire

1332 KING STREET, WILMINGTON, DELAWARE 19801
(302) 652-0505 • TELECOPIER (302) 652-7824 • E-MAIL: LegalW@aol.com



Southern New Castle County Development Activity




C



## New Castle County Southern Sewer Service Area

Date: June 14th, 2007
Scale: 1" = 8000'

0  0.5  1   2   3   4 Miles

**Capacity Status**

Capacity Available

Capacity Not Available but Improvements are Funded.

Capacity Not Available and No Improvements are Funded.







C:\gisdata\Projects\SSSA Update\SSSA 2007_06_14.mxd

