UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. and GALE B. WARREN<br><br>and<br><br>TOLL BROS., INC.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NEW CASTLE COUNTY,<br><br>　　　　　Defendant. | C.A. No. 07-725 SLR-LPS |

[PROPOSED] AMENDED
STIPULATED BRIEF SCHEDULING ORDER
ON NEW CASTLE COUNTY'S MOTION TO DISMISS
THE AMENDED COMPLAINT

WHEREAS, New Castle County ("County") filed an opening brief in support of its motion to dismiss plaintiffs' amended complaint on January 31, 2008; and

WHEREAS, a teleconference was held with the Honorable Leonard P. Stark on February 6, 2008 to discuss, *inter alia,* a briefing schedule for resolution of the County's motion to dismiss; and

WHEREAS, the Honorable Leonard P. Stark requested that the parties submit a stipulated order establishing a briefing schedule on the County's motion to dismiss in accordance with the rulings made during the February 6, 2008 teleconference.

WHEREAS, Plaintiffs' counsel has requested a ten-day extension of the original February 29, 2007 deadline for Plaintiffs' answering brief in opposition to the County's motion to dismiss until March 10, 2008 for reasons having to do with illness and scheduling conflicts.

NOW THEREFORE, it is stipulated by the parties, subject to approval by the Court, that briefing on the County's pending motion to dismiss the amended complaint shall proceed as follows:

1. Plaintiffs shall file their answering brief in opposition to the County's motion to dismiss on or before March 10, 2008.

2. The County shall file its reply brief on or before March 25, 2008.

3. As Ordered by the Honorable Leonard P. Stark at the teleconference, plaintiffs shall not be permitted to file a sur-reply brief without leave of court. Plaintiffs reserve the right to seek leave of court to file a sur-reply brief.

| LAW OFFICES OF JEFFREY M. WEINER | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Jeffrey M. Weiner, Esquire #403<br>Jeffrey M. Weiner (Bar No. 403)<br>1313 King Street<br>Wilmington, DE 19801<br>Tel: (302) 652-0505 | /s/ Max B. Walton, Esquire #3876<br>Collins J. Seitz, Jr. (Bar No. 2237)<br>Max B. Walton (Bar No. 3876)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Tel: (302) 658-9141 |
| Marc B. Kaplin<br>Barbara P. Anisko<br>Kaplin Stewart<br>Union Meeting Corporate Center<br>910 Harvest Drive<br>P.O. Box 3037<br>Blue Bell, PA 19422-0765<br>Tel: (610) 260-6000 | Gregg E. Wilson (Bar No. 85)<br>County Attorney<br>New Castle County Office Of Law<br>87 Reads Way<br>New Castle, DE 19720<br>Tel: (302) 395-5130 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: February 25, 2008 | Dated: February 25, 2008 |

SO ORDERED this _____ day of _____, 2008.

_____
Judge

2