IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. and GALE B. WARREN<br>and<br>TOLL BROS., INC.<br><br>               Plaintiffs,<br><br>      v.<br><br>NEW CASTLE COUNTY<br><br>               Defendant. | Civil Action No. 07-725-LPS<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS WARREN AND TOLL BROS., INC.'S REQUEST FOR ORAL ARGUMENT UPON DEFENDANT COUNTY'S MOTION TO STAY DISCOVERY

COME NOW Plaintiffs Gary C. and Gale B. Warren and Toll Bros., Inc., and pursuant to Local District Court Civil Rule 7.1.4 hereby requests oral argument upon Defendant New Castle County's Motion to Stay Discovery within three days of the filing of Defendant County's 2/28/08 Reply Memorandum in Support of its Motion to Stay Discovery.

Respectfully submitted,

By: _____
Jeffrey M. Weiner, Esquire (DE # 403)
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
**Attorneys for Plaintiffs**

Of Counsel:

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
Marc B. Kaplin, Esquire
Barbara Anisko, Esquire
910 Harvest Drive
P. O. Box 3037
Blue Bell, PA 19422-0765
(610) 260-6000

DATED: February 29, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, hereby certify that on February 29, 2008, a copy of **Plaintiffs Warren and Toll Bros., Inc.'s Request for Oral Argument Upon Defendant County's Motion to Stay Discovery** was E-served via e-mail to counsel of record as follows:

MAX B. WALTON, ESQUIRE
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street, 8th Floor
PO Box 2207
Wilmington, Delaware  19899

COLLINS J. SEITZ, JR., ESQUIRE
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street, 8th Floor
PO Box 2207
Wilmington, Delaware  19899

GREGG E. WILSON, ESQUIRE
New Castle County Law Department
87 Reads Way
New Castle, Delaware  19720

_____
Jeffrey M. Weiner (DE #403)