UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. and GALE B. WARREN<br><br>and<br><br>TOLL BROS., INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>NEW CASTLE COUNTY,<br><br>   Defendant. | C.A. No. 07-725 SLR-LPS |

**[PROPOSED] STIPULATED ORDER
ON PAGE LIMIT FOR PLAINTIFFS' RESPONSE TO
NEW CASTLE COUNTY'S MOTION TO DISMISS**

WHEREAS, New Castle County ("County") filed an opening brief in support of its motion to dismiss plaintiffs' amended complaint on January 31, 2008; and

WHEREAS, the Honorable Leonard P. Stark approved a stipulated briefing schedule in this matter whereby Plaintiffs' answering brief in response to the County's Motion to Dismiss is due to be filed on March 10, 2008.

WHEREAS, due to the complexity of the issues involved in the case, Plaintiffs' counsel requested permission to file a responsive brief which may exceed the forty page limit set forth in Local Rule 7.1.3.(4), by no more than ten pages.

NOW THEREFORE, it is stipulated by the parties, subject to approval by the Court that:

1.  Plaintiffs are permitted to file an Answering Brief in response to the County's Motion to Dismiss that may exceed the page limit set forth in Local Rule 7.1.3.(4) by no more than ten pages, on or before March 10, 2008.

2.  All other provisions set forth in the Court's scheduling Order remain in full effect.

| LAW OFFICES OF JEFFREY M. WEINER | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Jeffrey M. Weiner | /s/ Max B. Walton |
| Jeffrey M. Weiner (Bar No. 403) | Collins J. Seitz, Jr. (Bar No. 2237) |
| 1313 King Street | Max B. Walton (Bar No. 3876) |
| Wilmington, DE 19801 | The Nemours Building |
| Tel: (302) 652-0505 | 1007 North Orange Street |
|  | P.O. Box 2207 |
|  | Wilmington, DE 19899 |
| Marc B. Kaplin | Tel: (302) 658-9141 |
| Barbara P. Anisko |  |
| Kaplin Stewart | Gregg E. Wilson (Bar No. 85) |
| Union Meeting Corporate Center | County Attorney |
| 910 Harvest Drive | New Castle County Office Of Law |
| P.O. Box 3037 | 87 Reads Way |
| Blue Bell, PA 19422-0765 | New Castle, DE 19720 |
| Tel: (610) 260-6000 | Tel: (302) 395-5130 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: March 6, 2008 | Dated: March 6, 2008 |

SO ORDERED this _____ day of _____, 2008.

_____
Judge