IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GARY C. and GALE B. WARREN
and
TOLL BROS., INC.

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Civ. No. 07-cv-725-SLR-LPS

NEW CASTLE COUNTY

      Defendant.

## ORDER

At Wilmington this **19th** day of **March, 2008**.

IT IS ORDERED that a status teleconference with Magistrate Judge Stark has been scheduled for Wednesday, March 26 at 11:00 a.m., to discuss Defendant's motion to stay discovery and motion to dismiss, and scheduling issues. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

              _____
              UNITED STATES MAGISTRATE JUDGE