### THE LAW OFFICES OF JEFFREY M. WEINER
A PROFESSIONAL ASSOCIATION

March 19, 2008

**VIA E-SERVE**

The Honorable Leonard P. Stark
Magistrate Judge of the United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware  19801

<u>**Warrens/Toll Bros. v. NCC**</u>
**Civil Action No. 07-CV-725-JRS – LPS**

Dear Magistrate Judge Stark:

I represent Plaintiffs Gary C. and Gale B. Warren and Toll Bros., Inc. in this case. My corresponding counsel are Marc Kaplin, Esquire and Barbara Anisko, Esquire, each of whom has been admitted *pro hac* in this case.

The Court has scheduled a teleconference commencing at 11:00 a.m. on Wednesday, March 26, 2008.

I am scheduled to be present at an oral argument before the Supreme Court of Delaware in which I represent the parties which were Third-Party Defendants.  Although the appeal does not directly involve my clients and myself, my clients and I intend to attend the oral argument because the decision therein will directly impact upon the issues set forth in the Third Party Complaint.

In light thereof, rather than requesting that the teleconference be rescheduled, I am writing to inquire if the Court will excuse me from participating in the teleconference and allowing my corresponding *pro hac* counsel to participate without my presence.

**Respectfully submitted,**

/s/ Jeffrey M. Weiner, Esquire #403
Jeffrey M. Weiner, Esquire #403

JMW/sls

THE LAW OFFICES OF JEFFREY M. WEINER

The Honorable Leonard P. Stark
March 19, 2008
Page Two


cc:     Marc Kaplin, Esquire
        Barbara Anisko, Esquire
        Gregg Wilson, Esquire
        Max Walton, Esquire
        C. J. Seitz, Esquire
        Clerk of the Court