UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. and GALE B. WARREN<br><br>and<br><br>TOLL BROS., INC.,<br><br>           Plaintiffs,<br><br>v.<br><br>NEW CASTLE COUNTY,<br><br>           Defendant. | C.A. No. 07-725 SLR-LPS |

**[PROPOSED] REVISED STIPULATED BRIEF SCHEDULING ORDER ON NEW CASTLE COUNTY'S MOTION TO DISMISS THE AMENDED COMPLAINT**

WHEREAS, New Castle County ("County") filed an opening brief in support of its motion to dismiss Plaintiffs' amended complaint on January 31, 2008;

WHEREAS, Plaintiffs filed their answering brief on March 10, 2008;

WHEREAS, the County's reply brief in support of its motion to dismiss is currently due on March 25, 2008 (D.I. 22); and

WHEREAS, the County requests a three (3) day extension of the March 25, 2008 deadline to file its reply brief in support of its motion to dismiss until March 28, 2008 because of scheduling issues.

NOW THEREFORE, it is stipulated by the parties, subject to approval by the Court, that further briefing on the County's pending motion to dismiss the amended complaint shall proceed as follows:

   1.   The County shall file its reply brief in support of its motion to dismiss on or before March 28, 2008.

2

| LAW OFFICES OF JEFFREY M. WEINER | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Barbara P. Anisko | /s/ Max B. Walton |
| Jeffrey M. Weiner (Bar No. 403) | Collins J. Seitz, Jr. (Bar No. 2237) |
| 1313 King Street | Max B. Walton (Bar No. 3876) |
| Wilmington, DE 19801 | The Nemours Building |
| Tel: (302) 652-0505 | 1007 North Orange Street |
|  | P.O. Box 2207 |
|  | Wilmington, DE 19899 |
| Marc B. Kaplin | Tel: (302) 658-9141 |
| Barbara P. Anisko |  |
| Kaplin Stewart | Gregg E. Wilson (Bar No. 85) |
| Union Meeting Corporate Center | County Attorney |
| 910 Harvest Drive | New Castle County Office Of Law |
| P.O. Box 3037 | 87 Reads Way |
| Blue Bell, PA 19422-0765 | New Castle, DE 19720 |
| Tel: (610) 260-6000 | Tel: (302) 395-5130 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: March 20, 2008 | Dated: March 20, 2008 |

SO ORDERED this _____ day of _____, 2008.

_____
Judge