IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. and GALE B. WARREN<br>and<br>TOLL BROS., INC.<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>NEW CASTLE COUNTY<br>　　　　　Defendant. | :<br>:<br>:<br>: Civil Action No. 07-CV-725-SLR-LPS<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: |

## NOTICE OF SERVICE FOR
## PLAINTIFFS' INITIAL DISCLOSURES
## PURSUANT TO RULE 26(a)

Plaintiffs, Gary C. Warren, Gale B. Warren and Toll Brothers, Inc., hereby certify, through their undersigned counsel, that on March 25, 2008, they caused Plaintiffs' Initial Disclosures Pursuant to Rule 26(a) to be served, by email and first class U.S. mail, upon counsel for defendant, New Castle County, at the following address:

> Max B. Walton, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street, 8th Floor
> Wilmington, DE 19899
> mwalton@cblh.com

Respectfully submitted,

By: _____
Jeffery M. Weiner, Esquire (DE # 403)
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
legalw@aol.com

By: _____
Kaplin Stewart Meloff Reiter & Stein, P.C.
Mark B. Kaplin, Esquire
Barbara Anisko, Esquire
910 Harvest Drive
Blue Bell, PA 19422-0765

*Council for Plaintiffs Gary C. and Gale B. Warren and Toll Brothers, Inc.*