IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. and GALE B. WARREN and TOLL BROS., INC., <br>         Plaintiffs, <br><br> v. <br><br> NEW CASTLE COUNTY, <br><br>         Defendant. | : <br> : <br> : <br> : <br> : Civ. No. 07-725-SLR-LPS <br> : <br> : <br> : |

### ORDER

At Wilmington this **26th** day of **March, 2008**:

IT IS ORDERED that the status teleconference scheduled for **March 26, 2008 at 11:00 a.m.** before Magistrate Judge Leonard P. Stark is **CANCELED**. The teleconference has been **RESCHEDULED** for **March 27, 2008 at 3:30 p.m.**

**Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.** Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

                                                                                     *[signature]*
                                                         UNITED STATES MAGISTRATE JUDGE