IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY C. WARREN, ET AL., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-725-SLR/LPS |
| NEW CASTLE COUNTY, | : |
| Defendant. | : |

## ORDER

At Wilmington this **27th** day of **March, 2008**.

For the reasons set forth by the Court during the teleconference today,

IT IS ORDERED that defendant's motion to stay discovery (D.I. 19) is GRANTED.

IT IS FURTHER ORDERED that oral argument on defendant's motion to dismiss (D.I. 13) is hereby scheduled for **April 21, 2008** at **10:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE