IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GARY C. WARREN, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 07-725-SLR/LPS |
| NEW CASTLE COUNTY, | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **11th** day of **April, 2008.**

Upon consideration of Plaintiffs' Motion ("Motion") for Leave to File a Sur-Reply Brief relating to Defendant's Motion to Dismiss (D.I. 35);

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED. The Court will allow Plaintiffs to address the issues referenced in their Motion during the oral argument scheduled for April 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE