
**Kaplin | Stewart**
*Attorneys at Law*

**Barbara Anisko**
Direct Dial: (610) 941-2457
Direct Fax: (610) 684-2002
Email: banisko@kaplaw.com
www.kaplaw.com

May 30, 2008

**VIA EFILE**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Room 2325
Wilmington, DE 19801

RE:    **Warren v. New Castle County, No. 07-CV-725-SLR**

Dear Judge Stark:

I am writing to advise Your Honor that the parties are actively involved in negotiating a settlement of this matter.

With the concurrence of the County's council, Max Walton, we respectfully request that the Court hold in abeyance any action on the pending motion to dismiss, including issuing any decision, for a brief period to allow the parties to try to resolve this matter amicably.

The parties will report back to Your Honor on the status of their negotiations by no later than June 20, 2008.

In the meantime, we are available for a conference call should Your Honor have any questions.

Respectfully yours,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

Barbara Anisko

Barbara Anisko

BPA:pmt

cc:    Max B. Walton, Esquire (by eFile)
       Jeffrey M. Weiner, Esquire (by eFile)

**Kaplin Stewart Meloff Reiter & Stein, PC**
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
(610) 260-6000 tel

*Offices in:*
Pennsylvania
New Jersey