# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

June 2, 2008

Barbara Anisko, Esquire
Kaplin Stewart Meloff Reiter & Stein, PC
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765

RE: Warren v. New Castle County: C.A. No. 07-725-SLR/LPS

Dear Ms. Anisko:

In regards to your letter of May 30, 2008, please be advised that unless the parties jointly inform me that this matter has been resolved by no later than 5:00 p.m. on June 20, 2008, I will issue my report and recommendation on the pending motion to dismiss shortly thereafter.

Cordially,

LEONARD P. STARK

LPS/jk
cc: Max B. Walton, Esq.
    Jeffrey M. Weiner, Esq.
    Peter T. Dalleo, Clerk