# THE LAW OFFICES OF JEFFREY M. WEINER
## A PROFESSIONAL ASSOCIATION

July 3, 2008

**VIA E-SERVE**

The Honorable Sue L. Robinson
Judge of the United States District Court
844 North King Street, Lockbox 31
Wilmington, Delaware 19801

The Honorable Leonard P. Stark
United States Magistrate for the District Court
844 North King Street, Lockbox 26
Wilmington, Delaware 19801

      Re:    <u>Warrens and Toll Bros. v. New Castle County</u>
                    Civil Action No. 07-725 SLR-LPS

Dear Judges Robinson and Stark:

      I represent the Plaintiffs in this action.

      Please find a courtesy copy of the Motion for Extension of Time to File Response/ Reply Objections to Magistrate Stark's Report and Recommendations which we e-filed and e-served today.

                                      Respectfully submitted,

                                      Jeffrey M. Weiner

JMW/sls
Enclosure
#79101-2

cc:    Max Walton, Esquire
       Marc Kaplin, Esquire
       Barbara Anisko, Esquire
       Pamela Tobin, Esquire