UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GARY C. and GALE B. WARREN,
and TOLL BROS., INC.,

        Plaintiffs,

v.

NEW CASTLE COUNTY,

        Defendant.

C.A. No. 07-725 SLR-LPS

## ORDER

AND NOW, this 17 day of July, 2008, having considered the Joint Motion of Plaintiffs and Defendant to Hold Case in Abeyance, it is hereby **ORDERED AND DECREED** that the Joint Motion is **GRANTED** and that all activity in the case is stayed until October 31, 2008 or until further Order of this Court. It is **FURTHER ORDERED** that Plaintiffs shall file their objections to the Report and Recommendation of Magistrate Judge Leonard P. Stark, dated June 26, 2008, within twenty (20) days of the expiration of the stay period, as set by this Order or as extended by any further Order of this Court. Any party may request that the case be returned to active status on or before October 31, 2008 if either party determines that the proposed settlement is unfeasible. It is **FURTHER ORDERED** that the parties shall provide the Court with a written status report no later than seven (7) days before the expiration of the stay period.

BY THE COURT:

_____
U.S. Magistrate Judge